IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INFORMATION |
| | ) | |
| Plaintiff, | ) | CASE NO. 06CR494 |
| | ) | |
| v. | ) | JUDGE JUDGE GAUGHAN |
| | ) | |
| MELINDA TYLEK and | ) | Title 18, Sections 1341, 1957, and 2, |
| JOHN TYLEK, | ) | United States Code |
| | ) | |
| Defendants. | ) | |

COUNT 1

The United States Attorney charges:

1.      At all times material herein, the defendant, MELINDA TYLEK, was employed in the offices of Kenco Homes, Inc. ("Kenco Homes"), and Kenco of Aberdeen, Ltd. ("Kenco Aberdeen"). Her duties included bookkeeping, banking, and paying bills on behalf of those companies.

2.      From on or about January 4, 2002, through on or about January 17, 2006, in the Northern District of Ohio, Eastern Division, the defendant, MELINDA TYLEK, aided and abetted by the defendant, JOHN TYLEK, devised and intended to devise a scheme to defraud

- 2 -

Kenco Homes and Kenco Aberdeen, and to obtain money and property from those companies by means of false and fraudulent pretenses, representations, and promises.

3.     Both Kenco Homes and Kenco Aberdeen are in the business of serving as the general contractor for the construction of custom homes and condominiums.  Both businesses maintain their offices at the same location in Bedford Heights, Ohio.

4.     On or about January 11, 2002, in furtherance of the scheme and artifice, MELINDA TYLEK opened an account at Sky Bank in the name ATJ North American Machine and she was the sole authorized signatory on that account.

5.     On or about June 28, 2002, in furtherance of the scheme and artifice, JOHN TYLEK submitted an application with the Secretary of State of Ohio to register the trade name of ATJ North American Machine.  On this submission JOHN TYLEK indicated that the designated registrant was the Ohio corporation ATJ Machine & Fab, Inc.  TYLEK further stated that he was Vice President of this company whose business purpose was to run a small mechanic's shop. ATJ Machine & Fab, Inc., had been incorporated with the Secretary of State of Ohio on or about February 2, 1998, and its incorporators were MELINDA and JOHN TYLEK.

6.     On or about July 3, 2002, in response to his application for registration of a trade name, JOHN TYLEK caused to be placed in a post office and authorized depository for mail a matter or thing to be delivered by the United States Postal Service according to the direction thereon, to wit: certification number 1327845 from the Secretary of State of Ohio in Columbus, Ohio, to the defendants' residence at 2437 Cherrywood, Roaming Shores, Ohio.

- 3 -

7.      In furtherance of the scheme and artifice, from in or about January 2002 through January 2006, MELINDA TYLEK caused Kenco Homes to issue 103 unauthorized checks totaling approximately $992,174.42 and 121 unauthorized checks totaling $785,430.52 from Kenco Aberdeen.  Each of these 224 fraudulent checks, totaling approximately $1,777,604.94, were deposited into the Sky Bank account MELINDA TYLEK had opened in the name ATJ North American Machine.  In addition, each of these 224 checks were made payable to "N. American" or "North American" which was a name closely resembling that of a legitimate vendor of Kenco Homes and Kenco Aberdeen.

8.      During the time period alleged herein, MELINDA and JOHN TYLEK used these fraudulently-obtained funds of nearly $1.8 million for their own personal use, including paying off the mortgage on their personal residence, making substantial improvements to their residence, paying credit card debt, and transferring funds to other businesses owned by them.

9.      As a result of this fraudulent conduct by the defendants, Kenco Homes and Kenco Aberdeen were defrauded and sustained losses totaling approximately $1,777,604.94.

All in violation of Title 18, United States Code, Sections 1341 and 2.

### COUNT 2

The United States Attorney further charges:

1.      The allegations of paragraphs 1 and 3 through 9 of Count 1 of this Information are realleged and incorporated by reference herein.

2.      On or about September 29, 2005, in the Northern District of Ohio, Eastern Division, the defendant, MELINDA TYLEK, did knowingly engage in, attempt to engage in, and caused to be engaged in, a monetary transaction affecting interstate commerce in criminally

- 4 -

derived property that is of a value greater than $10,000 and is derived from specified unlawful activity, i.e., mail fraud in violation of Title 18, United States Code, Section 1341, by issuing check number 1332 drawn on the Sky Bank account in the name ATJ North American Machine and payable to JOHN TYLEK in the amount of $27,000.

All in violation of Title 18, United States Code, Section 1957.

### COUNT 3

The United States Attorney further charges:

3.	The allegations of paragraphs 1 and 3 through 9 of Count 1 of this Information are realleged and incorporated by reference herein.

4.	On or about October 4, 2005, in the Northern District of Ohio, Eastern Division, the defendant, JOHN TYLEK, did knowingly engage in, attempt to engage in, and caused to be engaged in, a monetary transaction affecting interstate commerce in criminally derived property that is of a value greater than $10,000 and is derived from specified unlawful activity. i.e., mail fraud in violation of Title 18, United States Code, Section 1341, by issuing check number 3032 drawn on a Charter One Bank account in the name MELINDA and JOHN TYLEK, payable to Ken Ingber in the amount of $27,000, for the purchase of a 1998 red Chevy Corvette convertible. Ingber is the sole owner of Kenco Homes and he operates both Kenco Homes and Kenco Aberdeen.

All in violation of Title 18, United States Code, Section 1957.

- 5 -

## FORFEITURE

For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Sections 981 and 982, and 28 U.S.C. § 2461(c) the allegations of Count 1 are incorporated herein by reference. As a result of the foregoing offenses, the defendants, MELINDA TYLEK and JOHN TYLEK, shall forfeit to the United States any and all property constituting, or derived from, any proceeds they obtained, directly or indirectly, as the result of such violations; including, but not limited to, the following:

a. Real Property located at 2437 Cherrywood Terrace, Roaming Shores, Ashtabula County, Ohio, titled to Melinda M. Tylek and John S. Tylek, III, (Permanent Parcel No(s): 65-013-20-033-00, 65-013-20-035-00, 65-013-20-032-00, and, 65-013-20-034-00); and,

b. Real Property located at 3425 and 3425 South Main Street, Rock Creek, Ashtabula County, Ohio, titled to April Realty, LLC (a Corporation owned by Melinda M. Tylek and John S. Tylek, III), (Permanent Parcel No:350240001100).

GREGORY A. WHITE
UNITED STATES ATTORNEY