## MINUTES OF CRIMINAL PROCEEDINGS
## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

UNITED STATES OF AMERICA

vs.

Melinda Tylek

JUDGE PATRICIA A. GAUGHAN
DATE.:        April 17, 2007
CASE NO.:    1:06CR494-001
COURT REPORTER:  Heidi Geizer

United States Attorney:        Jack Sammon
Attorney for Defendant:        Carol Rendon & Rachael Israel        Retained ( )   CJA ( )   FD ( )
Probation Officer:        Brian Laffin for David Abraham
Interpreter:

( ) **DEFENDANT ARRAIGNED.**

Plea of   ( ) GUILTY   ( ) NOT GUILTY   ( ) NOLO CONTENDERE entered to count(s) _____ of the ( ) INDICTMENT ( ) INFORMATION.

Bond $_____ ( ) SET; ( ) CONTINUED; ( ) COMMITTED; ( ) DETAINED
( ) Defendant waives reading of indictment.
( ) Waiver of indictment executed.
( ) Pretrial set for _____

( ) **DEFENDANT'S PLEA OF NOT GUILTY WITHDRAWN.**

Plea of ( ) GUILTY ( ) NOLO CONTENDERE entered to count(s) ____ of the ( )INDICTMENT
   ( ) INFORMATION.
( ) Referred to Probation for Presentence Report.
( ) Plea agreement executed between parties.
( ) Sentencing set for _____

(✔) **DEFENDANT SENTENCED.**

(✔ ) Committed to the custody of the Bureau of Prisons for a period of ___57___ months
      on count(s) __1 & 2___ to run (✔ ) CONCURRENT ( ) CONSECUTIVE.
( ) Defendant given credit for time served since _____.
(✔ ) Period of ___3___ years of SUPERVISED RELEASE with standard/special conditions as ordered.
      (See reverse side)
( ) Period of _____ years of PROBATION with standard/special conditions as ordered.  (See reverse
      side)
(✔) Pursuant to 18:3013 USC, Defendant is to pay a SPECIAL ASSESSMENT of $ 100.00 as to each
      of count(s) __1 & 2___ for a total of $ 200.00_____.
( ) Upon motion of the AUSA, count(s) _____ are dismissed.
(✔ ) Execution of the sentence deferred and the bond continued.  Defendant shall report to the designated
      institution before 2:00 p.m. on **July 1, 2007**.
(✔ ) The Court recommends commitment at **FPC Alderson, West Virginia** _____.

## STANDARD/SPECIAL CONDITIONS OF SUPERVISED RELEASE/PROBATION

( ) Defendant to perform _____ hours of community service work.

( ) Defendant is to reside in a Community Treatment Center for a period of _____ days/months
to begin not later than _____ . (Work/Medical/Religious Services release privileges granted).

( ) Defendant shall participate in the Home Confinement Program with/without electronic monitoring for a
period of _____ days/months, beginning _____ . Defendant
will be required to remain in his/her place of residence, unless given written permission in advance by the Probation
Officer to be elsewhere.  (Work/Medical /Religious Services release privileges granted).

( ) Defendant may participate in the Earned Leave Program.

( ) Defendant shall pay the cost of the Home Confinement Program.

( ) Defendant shall participate in a program approved by the U.S. Probation Office for substance abuse,
which program may include testing to determine whether the defendant has reverted to the use of
drugs or alcohol.

(✔ ) Defendant shall submit to one drug test within 15 days of the commencement of supervised release and  to at least two
periodic drug tests thereafter as directed by the probation officer.

(✔ ) Defendant shall participate in an outpatient mental health treatment program as directed by the Probation Officer.

(✔ ) Defendant shall not incur new credit charges or open additional lines of credit without the approval of the Probation Officer
(unless the defendant is in compliance with the payment schedule).

(✔ ) Defendant shall provide the Probation Office access to any requested financial information.

(✔ ) Defendant shall report in person to the U.S. Probation Office in the district to which the defendant is
released, within 72 hours of release from the custody of the Bureau of Prisons.

( ) Defendant shall pay any fines that remain unpaid at the commencement of the term of supervised
release/probation.

( ) Defendant shall not possess a firearm or destructive device.

( ) Defendant shall submit to a warrantless search.

(✔ ) Defendant shall cooperate with the collection of DNA.

( ) Defendant shall pay the imposed FINE of $_____ at a rate not less than $_____ every
_____ months.

(✔ ) Fine NOT ordered due to defendant's inability to pay.

(✔ ) Defendant shall make RESTITUTION to Kenco Homes $893,606.90 & Kenco Aberdeen $785,430.52 in the total amount
of $ **1,679,037.42** pursuant to 18:3579/18:3663.

(✔ ) Payments shall be made through the BOP's Inmate Financial Responsibility Program at a rate of **25 %** gross
monthly income.  Any unpaid amount upon release from prison, shall be made at a minimum rate of not less
than **10  %** gross monthly income to commence within 60 days of release.

**OR**

( ) Payments shall be made at a minimum rate of not less than _____% gross monthly income.

---

**COMMENTS**: FORFEITURE of:  A) Real Property located at 2437 Cherrywood Terrace, Roaming Shores, Ashtabula
County, Ohio, and;  B) Real Property located at 3425 and 3435 South Main Street, Rock Creek, Ashtabula County, Ohio.

---

Time: 1 hour

/s/ Patricia A. Gaughan _____
Patricia A. Gaughan, U.S. District Judge