IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:06CR494 |
| | ) | |
| Plaintiff, | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| v. | ) | |
| | ) | |
| MELINDA TYLEK AKA | ) | APPLICATION FOR WRIT OF |
| MELINDA CLATTERBUCK , | ) | CONTINUING GARNISHMENT |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| LAKE PHO, INC., | ) | |
| | ) | |
| Garnishee. | ) | |

The United States of America (the "Plaintiff") obtained a judgment against defendant,

Melinda Tylek (the "Defendant") and hereby makes application in accordance with 28 U.S.C.

§3205 to the Clerk of the United States District Court to issue a Writ of Garnishment upon the

judgment entered against the Defendant, whose last known address is: 512 Hickory Ln

Painesville, OH 44077, in the above-captioned action in the amount of $1,679,237.47 restitution,

plus post-judgment interest at the rate of 4.9%. The sum of $159,312.81 has been credited to the

judgment debt, leaving a total balance due of $2,301,323.05, as of August 15, 2017.

Demand for payment of the above-stated debt was made upon the Defendant not less than 30 days from August 15, 2017, and the Defendant has failed to satisfy the debt.

The Garnishee is believed to owe or will owe money or property to the Defendant, or is in possession of property of the Defendant, and said property is a nonexempt interest of the Defendant.

The name and address of the Garnishee or the Garnishee's authorized agent is:

Lake Pho, Inc.
7590 Auburn Road
Concord, OH 44077

Respectfully submitted,

DAVID A. SIERLEJA
Acting United States Attorney

By:     /s/ Suzana K. Koch
        Suzana K. Koch (OH: 0073743)
        Assistant United States Attorney
        United States Court House
        801 West Superior Avenue, Suite 400
        Cleveland, OH 44113
        (216) 622-3600
        (216) 522-4542 (facsimile)
        Suzana.Koch@usdoj.gov

2